UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2019 APR 18 PM 1:32

CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 5:19-cr-66-1 |
| JEREMIAH RUHL, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges:

Between in or about November 2015 to in or about December 2016, in the District of Vermont, defendant JEREMIAH RUHL knowingly possessed a firearm, in and affecting interstate commerce, that is, a Stevens (Savage), Model 9478, .410 shotgun (serial # D404943), after having been convicted of a crime punishable by a term of imprisonment exceeding one year, that is: Forgery, District Court of Vermont, Docket No. 924-3-07 (Chittenden Circuit) (August 1, 2007).

(18 U.S.C. §§ 922(g)(1), 924(a)(2))

## COUNT TWO

The Grand Jury further charges:

On or about November 27, 2018, in the District of Vermont, defendant JEREMIAH RUHL knowingly possessed ammunition, in and affecting interstate commerce, that is, Winchester-Western, .284 caliber rifle ammunition, after having been convicted of a crime punishable by a term of imprisonment exceeding one year, that is: Forgery, District Court of Vermont, Docket No. 924-3-07 (Chittenden Circuit) (August 1, 2007).

(18 U.S.C. §§ 922(g)(1), 924(a)(2))

## COUNT THREE

The Grand Jury further charges:

On or about February 1, 2019, in the District of Vermont, defendant JEREMIAH RUHL knowingly possessed ammunition, in and affecting interstate commerce, that is, Winchester-Western, .284 caliber rifle ammunition, after having been convicted of a crime punishable by a term of imprisonment exceeding one year, that is: Forgery, District Court of Vermont, Docket No. 924-3-07 (Chittenden Circuit) (August 1, 2007)

(18 U.S.C. §§ 922(g)(1), 924(a)(2))

## COUNT FOUR

The Grand Jury further charges:

On or about March 18, 2016, in the District of Vermont, defendant JEREMIAH RUHL did hunt, kill, and take a migratory bird, that is one American Crow (Corvus brachyrhynchos), while not being permitted to do so by the State of Vermont because his hunting license was then revoked.

(16 U.S.C. §§ 703(a), 707(a); 50 C.F.R. §§ 10.13, 20.133(a); Vt. Tit. 10 § 4280)

## COUNT FIVE

The Grand Jury further charges:

On or about April 18, 2016, in the District of Vermont, defendant JEREMIAH RUHL did possess a migratory bird, that is one turkey vulture (Cathartes aura).

(16 U.S.C. § § 703(a), 707(a); 50 C.F.R. § 10.13)

## COUNT SIX

The Grand Jury further charges:

On or about October 19, 2016, in the District of Vermont, defendant JEREMIAH RUHL did hunt, kill, and take a migratory bird, that is one American woodcock (Scolopax minor), while not being permitted to do so by the State of Vermont because his hunting license was then revoked.

(16 U.S.C. § § 703(a), 707(a); 50 C.F.R. § 10.13; Vt. Tit. 10, § 4280)

A TRUE BILL

FOREPERSON

_Christina E. Nolan_ (by JRP)
CHRISTINA E. NOLAN
United States Attorney
Burlington, Vermont
April 18, 2019